**Order filed July 12, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00689-CV
_____

### IN THE INTEREST OF J.D.T., JR., A CHILD, Appellant

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-02493J**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of:

- Petitioner's Exhibit 25, Rehabilitation Programs Division - COURAGE Program for Youthful Offenders (web page printout);

- Petitioner's Exhibit 26, Rehabilitation Programs Division - Serious and Violent Offender Reentry Initiative Program (web page printout);

- Petitioner's Exhibit 27, Rehabilitation Programs Division - Returning Population Gang Renouncement and Disassociation Program (web page printout); and

- Petitioner's Exhibit 28, Rehabilitation Programs Division (web page printout).

The clerk of the 313th District Court is directed to deliver to the Clerk of this court the original of Petitioner's Exhibits 25, 26, 27, and 28,[1] on or before **10 days from the date of this order.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Petitioner's Exhibits 25, 26, 27, and 28, to the clerk of the 313th District Court.

PER CURIAM

Panel Consists of Chief Justice Christopher, and Justices Zimmerer and Wilson.

---

[1] Although the specific website addresses were not referenced in the record, Petitioner's counsel represented to the trial court that these four exhibits were "copies directly from TDCJ's [Texas Department of Criminal Justice's] website".